1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAFAEL MEZA, | **Case No. CV 15-05303 ODW (RAO)** |
| Petitioner, | |
| v. | **JUDGMENT** |
| WILLIAM MUNIZ, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 18, 2016

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE